**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ASADBEK BEKHZODOVICH
ABDUKAYUMOV,

      Petitioner,

    v.

MICHAEL T. ROSE, *et al.*,

      Respondents.

No. 4:26-CV-00378

(Chief Judge Brann)

**ORDER**

**MARCH 18, 2026**

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1.    Abdukayumov's 28 U.S.C. § 2241 petition (Doc. 1) is **GRANTED**;

2.    The Government **SHALL** provide Abdukayumov with an individualized bond hearing at which he may present evidence on or before Friday, April 17, 2026. If such a bond hearing is not provided by that date, the Government shall release Abdukayumov on his own recognizance pursuant to 8 U.S.C. § 1226(a); and

3.    The Clerk of Court is directed to **CLOSE** this case.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge